# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3501

_____

Midwest Telecom Resellers, Ltd.,      *
                                                              *

           Appellee,                                  *

                                                *    Appeal from the United States

          v.                                       *    District Court for the

                                                  *    Eastern District of Missouri.

Wal-Mart Stores, Inc.,                 *

                                                  *        [UNPUBLISHED]

          Appellant.                              *

_____

Submitted:  June 16, 1999
Filed:  July 16, 1999

_____

Before BOWMAN, HEANEY, Circuit Judges, and LONGSTAFF,[1] District Judge.

_____

PER CURIAM.

       Wal-Mart Stores, Inc. appeals from the order of the District Court[2] denying its motion for judgment as a matter of law and for a new trial, following a jury verdict for Midwest Telecom Resellers, Ltd. in this breach of contract action.  Having considered the record and the parties' submissions, we conclude the District Court correctly denied

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa, sitting by designation.

[2]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

Wal-Mart's motion.  We also conclude that a comprehensive opinion in this diversity case would lack precedential value.  We thus affirm the District Court's ruling without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.